RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
One Speedwell Avenue, P.O. Box 1981
Morristown, New Jersey 07962-1981
(973) 538-0800
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANK OF AMERICA, N.A., successor in interest to MERRILL LYNCH CREDIT CORPORATION, by and through its servicer and attorney-in-fact, PHH MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KIRBY WESTHEIMER and JOHN DOE #1 through JOHN DOE #40, inclusive,<br><br>Defendants. | Civil Action No. 12-07080<br><br><br><br>STIPULATION AND CONSENT ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S COUNTERCLAIM UNTIL APRIL 25, 2013 |

**IT IS HEREBY STIPULATED AND CONSENTED TO** by and between counsel for plaintiff, Bank Of America, N.A., successor in interest to Merrill Lynch Credit Corporation, by and through its servicer and attorney-in-fact, PHH Mortgage Corporation ("Plaintiff"), and defendant Kirby Westheimer ("Defendant"), that the deadline by which Plaintiff must respond to Defendant's Counterclaim in the above-captioned matter shall be extended up to and including April 25, 2013.

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Attorneys for Plaintiff

GRUHIN & GRUHIN, P.A.
Attorneys for Defendant


By: ___/s/Jonathan P. Vuotto_____
      Jonathan P. Vuotto

By: ___/s/Paul J. Linker_____
      Paul J. Linker

Dated: March 8, 2013

Dated: March 8, 2013

**SO ORDERED:**

_____
Joel A. Pisano, U.S.D.J.