NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANK OF AMERICA, N.A., | |
| Plaintiff, | Civil Action No. 12-7080 (JAP) |
| v. | **ORDER** |
| KIRBY WESTHEIMER *et al.*, | |
| Defendants. | |

Presently before the Court is Plaintiff's motion to dismiss Defendant's Counterclaim and Plaintiff's motion for summary judgment on its mortgage foreclosure action [docket # 17]. For the reasons set forth in the accompanying Opinion,

**IT IS** on this 28th day of February, 2014,

**ORDERED** that Plaintiff's Motion to Dismiss Defendant's Counterclaim is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Motion for Summary Judgment on the Complaint is **GRANTED**.

/s/ Joel A. Pisano
JOEL A. PISANO
United States District Judge