**LUM, DRASCO & POSITAN LLC**
103 Eisenhower Pkwy
Roseland, New Jersey 07068
Tel: 973-403-9000
Fax: 973-403-9021
Attorneys for Defendant, Kirby Westheimer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> -vs- <br><br> KIRBY WESTHEIMER, <br><br> Defendant. | Civil Action No. 12-cv-7080-JAP <br><br><br> **NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE** that Defendant, Kirby Westheimer, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order (Dkt. # 47) and Opinion (Dkt. # 48) of the Hon. Joel A. Pisano, U.S.D.J. entered in this action on February 28, 2014 and the Order and Judgment granting motion for final judgment of foreclosure entered in this action on November 18, 2014 (Dkt. # 54).

                                                       **LUM, DRASCO & POSITAN LLC**
                                                       Attorneys for Defendant, Kirby Westheimer

                                                       /s *Paul A. Sandars, III*
                                                       PAUL A. SANDARS, III

                                                       /s *Kevin J. O'Connor*
                                                       KEVIN J. O'CONNOR

Dated: December 16, 2014

1

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 16, 2014, the undersigned electronically filed the forgoing Notice of Appeal with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to counsel of record in this matter who are registered on the CM/ECF system.

/s *Kevin J. O'Connor*
KEVIN J. O'CONNOR, ESQ.