**LUM, DRASCO & POSITAN LLC**
103 Eisenhower Parkway
Roseland, NJ  07068-1049
(973) 403-9000
(973) 403-9021 (FAX)
Attorneys for Defendant, Kirby Westheimer

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BANK OF AMERICA, N.A., successor in interest to MERRILL LYNCH CREDIT CORPORATION, by and through its servicer and attorney-in-fact PHH MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>KIRBY WESTHEIMER,<br><br>Defendant. | Case No. 12-cv-07080-JAP-LHG<br><br>*Document Filed Electronically*<br><br>**NOTICE OF MOTION TO REOPEN ORDER GRANTING SUMMARY JUDGMENT AND DISMISSING COUNTERCLAIMS**<br><br>Return Date:  September 8, 2015 |

**TO:**   Jonathan P. Vuotto, Esq.
  RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, LLP
  Headquarters Plaza
  One Speedwell Avenue
  Morristown, NJ 07962-1981
  *Attorneys for Plaintiff, Bank of America, N.A.*

**PLEASE TAKE NOTICE**, that on September 8, 2015, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant,

513379

Kirby Westheimer, shall move before a District Court Judge at the United States Courthouse in Trenton, New Jersey for an Order pursuant to Fed. R. Civ. P. 60(b)(2) for relief from the February 28, 2014 Order entered by the Hon. Joel A. Pisano, U.S.D.J. granting Plaintiff's Motion to Dismiss Defendant's Counterclaims and its Motion for Summary Judgment on the basis of newly discovered evidence.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Plaintiff shall rely upon the Letter Brief, Declaration of Counsel and Declaration of Kirby Westheimer filed and served simultaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is being submitted herewith.

        **LUM, DRASCO & POSITAN LLC**
        Attorneys for Defendant, Kirby Westheimer

        By:  /s/ Paul A. Sandars, III
            PAUL A. SANDARS, III

DATED: August 14, 2015

513379

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies and declares that a copy of the foregoing Notice of Motion and supporting papers was served upon counsel of record listed below via service pursuant to the Court's CM/ECF system on this 14th day of August, 2015:

Jonathan P. Vuotto, Esq.
RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981

       /s/ Paul A. Sandars, III
    PAUL A. SANDARS, III

513379