NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANK OF AMERICA, N.A., successor in interest to MERRILL LYNCH CREDIT CORPORATION, by and through its servicer and attorney-in-fact PHH MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KIRBY WESTHEIMER,<br><br>Defendant. | Civ. No. 12-7080 (AET) (LHG)<br><br>**ORDER**<br><br>RECEIVED<br><br>SEP 2 1 2015<br><br>AT 8:30_____M<br>WILLIAM T. WALSH<br>CLERK |

THOMPSON, U.S.D.J.

For the reasons stated in the Opinion issued this same day;

IT IS, on this ___ day of September, 2015

ORDERED that Defendant Kirby Westheimer's Motion to Vacate this court's Order dismissing Defendant's counterclaims and granting summary judgment on Plaintiff's foreclosure complaint (ECF No. 66) is DENIED.

ANNE E. THOMPSON, U.S.D.J.